IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CODY DAVID NEWTON,

      Appellant,

v.

      Case No.    5D21-2186
      LT Case No. 2020-CF-000897

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Lake County,
Larry Edward Metz, Judge.

Matthew J. Metz, Public Defender, and Edward
J. Weiss, Assistant Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EDWARDS and NARDELLA, JJ., concur.